UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Cindy Leone, as Personal Representative of the Estate of Jean Payne, | ) C/A No. 3:16-cv-03720-MBS )  ) |
| Plaintiff, | ) **JOINT NOTICE OF SETTLEMENT AND** ) **REQUEST TO REMAND FOR** |
| Versus | ) **SETTLEMENT APPROVAL** ) |
| Heartland of Columbia and Manor Care, Inc., | ) ) |
| Defendants. | ) |

COMES NOW, Plaintiff, Cindy Leone, as Personal Representative of the Estate of Jean Payne, and Defendants, Heartland of Columbia and Manor Care, Inc., by and through their undersigned counsel, and file this Consent Motion to Remand pursuant to 28 U.S.C. § 1447. The parties hereby advise the court that this matter settled at the mediation held on February 28, 2017. The parties consent to the remand of this case and request that the Court issue an Order remanding this case to the Court of Common Pleas for Richland County, South Carolina for settlement approval.

Respectfully submitted, this **1st** day of **March**, 2017.

**WE SO STIPULATE**:                                **WE SO STIPULATE**:

s/ Elloree A. Ganes                                 s/ Theile B. McVey

Molly H. Craig (6671)                               Theile B. McVey, Esquire
Elloree A. Ganes (9022)
Jean Marie Jennings (11787)                         KASSEL MCVEY ATTORNEYS AT LAW
HOOD LAW FIRM, LLC                                  1330 Laurel Street/Post Office Box 1476
172 Meeting Street/Post Office Box 1508             Columbia, SC  29202-1476
Charleston, SC  29402                               P: 803-256-4242/F: 803-256-1952
P: (843) 577-4435/F: (843) 722-1630                 E: TMcvey@kassellaw.com
E: Info@hoodlaw.com                                 **Attorney for Plaintiff**
**Attorneys for Defendant**